# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVETTE M. TILLMAN HENLEY<br><br>v.<br><br>BRANDYWINE HOSPITAL, LLC and LISA MACMULLEN, *individually* | CIVIL ACTION<br><br>NO. 18-4520 |

## ORDER

**AND NOW**, this 23rd day of July, 2019, for the reasons stated in the foregoing Memorandum, Defendants' Motion to Dismiss the Amended Complaint (ECF 12) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Plaintiff's claims of race-based retaliation under 42 U.S.C. § 1981, Title VII of the Civil Rights Act, and the Pennsylvania Human Relations Act (Counts I, III, and VIII); disability discrimination and retaliation under the Americans with Disabilities Act (Counts IV and V); and retaliation under the Family and Medical Leave Act (Count VI) are **DISMISSED** with prejudice.

2. Defendants' Motion is **DENIED** as to Plaintiff's claims of race discrimination and hostile work environment in Counts I, II, and VII; interference under the Family and Medical Leave Act in Count VI; and aiding and abetting under the Pennsylvania Human Relations Act in Count IX.

> **BY THE COURT:**
>
> /s/ Michael M. Baylson
> _____
> **MICHAEL M. BAYLSON, U.S.D.J.**