IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVETTE M. TILLMAN HENLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-4520 |
| | : | |
| BRANDYWINE HOSPITAL, LLC et al. | : | |

## ORDER

AND NOW, this 30th day of March, 2021, upon consideration of Defendants Brandywine Hospital, LLC and Lisa MacMullen's Motion for Summary Judgment, Plaintiff Yvette M. Tillman Henley's response, Defendants' reply, Plaintiff's sur-reply, and Defendants' sur-sur-reply, and after a February 18, 2021, hearing, it is ORDERED the Motion (Document 29) is GRANTED. Judgment is entered in favor of Brandywine Hospital, LLC and Lisa MacMullen.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.